**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ROBERT BOSCH LLC, )<br>)<br>) | Case No. 12 CV 437 |
| Plaintiff, )<br>) | |
| ) | Judge John F. Grady |
| v. )<br>) | Magistrate Judge Maria Valdez |
| TRICO PRODUCTS CORPORATION, AND )<br>TRICO PRODUCTS, )<br>) | |
| Defendants. )<br>) | |
| _____ )<br>) | |
| TRICO PRODUCTS CORPORATION, )<br>) | |
| )<br>) | |
| Counter-Plaintiff, )<br>) | |
| v. )<br>) | |
| ROBERT BOSCH LLC, AND )<br>ROBERT BOSCH GmbH, )<br>) | |
| Counter-Defendants. ) | |

**JOINT CHART WITH PROPOSED CLAIM CONSTRUCTIONS**

Pursuant to the March 6, 2014 Scheduling Order (D.I. 160), counsel for Plaintiff and

Counter-Defendant Robert Bosch LLC, and counsel for Defendant and Counter-Plaintiff Trico

Products Corporation, respectfully submit the following Joint Chart setting forth each

term/phrase addressed in the parties' claim construction briefs, along with the parties' proposed

claim constructions.

**PARTIES' PROPOSED CLAIM CONSTRUCTIONS**

U.S. Pat. No. 6,530,111

| '111 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| a connection device (14) that has first and second pivotally connected coupling elements (22 and 16) associated with the wiper arm and the wiper blade, respectively | 1 | A connection device that includes two parts, a first part associated with the wiper arm, and a second part associated with the wiper blade, where the first and second parts are pivotally connected to each other | A connection device made of two parts, a first part that is directly connected to the wiper arm, and a second part that is directly connected to the wiper blade, where the first and second parts can pivot relative to each other. |
| base body (48) | 1 | part of the second coupling element from which the spring tongues extend<br><br>[agreed to proposed construction] | part of the second coupling element from which the spring tongues extend<br><br>[agreed to proposed construction] |

**U.S. Pat. No. 6,553,607**

| '607 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| on a free end of said arm is fixed on one end of a cantilevered joint pin (56) with a joint axis (55) extending transverse to the longitudinal axis of the wiper arm and essentially in the direction of movement of the wiper arm | 1 | on a free end of the arm is fixed one end of a cantilevered joint pin with a joint axis extending transverse to the longitudinal axis of the wiper arm and essentially in the direction of movement of the wiper arm<br><br>[agreed to proposed construction] | on a free end of the arm is fixed one end of a cantilevered joint pin with a joint axis extending transverse to the longitudinal axis of the wiper arm and essentially in the direction of movement of the wiper arm<br><br>[agreed to proposed construction] |
| means for securing the wiper blade on the joint pin | 1 | To be construed under 35 U.S.C. 112 ¶ 6.<br><br>**Function:** To secure the wiper blade on the joint pin.<br><br>**Structure:** L-shaped shoulder (60) and its equivalents. | Indefinite<br><br>If not indefinite, Mean plus function claim<br><br>Function: Securing the wiper blade on the joint pin.<br><br>Means: bearing bore 36, L-shaped leg 61, support regions of leg 63 and 75, transverse groove 38 on wiper blade and cheek regions 72 and 74 of wiper blade, distance of bearing bore 82 to one end of wiper blade is greater than the distance from joint axis 55 to the other end of the wiper blade |
| securing means (60) are disposed on the wiper arm (12) and extending therefrom and that on the other side of the wiper blade (14) facing away from said wiper arm said means cooperate with a stop (62, 63) located on the other side of the wiper blade | 1 | a side of the wiper blade facing away from the wiper arm contacts the inner side of the securing means | Indefinite |

| '607 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| coupling part (30) | 2 | part of the wiper blade belonging to the connecting device<br><br>[agreed to proposed construction] | part of the wiper blade belonging to the connecting device<br><br>[agreed to proposed construction] |
| connecting device (16) | 2 | the structure that forms a connection between the wiper arm and the wiper blade<br><br>[agreed to proposed construction] | the structure that forms a connection between the wiper arm and the wiper blade<br><br>[agreed to proposed construction] |

U.S. Pat. No. 6,611,988

| '988 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| a coupling part (20) … has one hinge half | 1, 11 | a coupling part … has one portion formed by the bearing recess | One of two equal portions of the coupler that contains the bearing recess. |
| a bearing recess (36) | 1, 11 | hole<br><br>[agreed to proposed construction] | hole<br><br>[agreed to proposed construction] |
| the coupling part (20) is considerably shallower over a longitudinal portion | 1 | the coupling part is considerably lower in height over a longitudinal portion | The coupling part (20) has a reduction in thickness such that, when the securing means are engaged, the securing means does not increase the overall thickness of the coupling part. |
| a transverse groove (54) | 1 | a channel extending across the coupling part<br><br>[agreed to proposed construction] | a channel extending across the coupling part<br><br>[agreed to proposed construction] |
| Two cheek regions (40 and 42, and 64) | 2 | two side regions<br><br>[agreed to proposed construction] | two side regions<br><br>[agreed to proposed construction] |
| by each of which one cheek region is formed on one of two longitudinal sides (44) of the coupling part | 2 | each side region is formed on one of two longitudinal sides of the coupling part<br><br>[agreed to proposed construction] | each side region is formed on one of two longitudinal sides of the coupling part<br><br>[agreed to proposed construction] |
| wherein in a ratio | 5 | wherein a ratio<br><br>[agreed to proposed construction] | wherein a ratio<br><br>[agreed to proposed construction] |

| '988 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| the bearing recess (36) is disposed near one end of the coupling part (20) | 11 | the bearing recess is disposed close to one longitudinal end of the coupling part and closer to that end than the opposite end of the coupling part<br><br>[agreed to proposed construction] | the bearing recess is disposed close to one longitudinal end of the coupling part and closer to that end than the opposite end of the coupling part<br><br>[agreed to proposed construction] |
| a thickness of the coupling part (20) between one end region provided with the bearing recess and another end of the coupling part is less, at least over a longitudinal portion (50), than an end portion of the coupling part that has the bearing recess. | 11 | the height of the coupling part between one end region provided with the bearing recess and another end of the coupling part is less, at least over a longitudinal portion, than an end portion of the coupling part that has the bearing recess | The coupling part (20) has a reduction in thickness such that, when the securing means are engaged, the securing means does not increase the overall thickness of the coupling part. |

**U.S. Pat. No. 6,675,434**

| '434 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| base body (28) … bracing itself on the wiper blade (16, 20) | 1 | a portion of the termination part that is located on the top side of the support element remote from the window…supporting itself on the wiper blade | The bottom of the termination part in contact with the top surface of the wiper blade that supports the termination part |
| on the side of the support element remote from the window or glass, in the middle portion of the support element, a device (14) for attaching a driven wiper arm is **disposed** | 1 | **disposed**: located<br><br>[agreed to proposed construction] | **disposed:** located<br><br>[agreed to proposed construction] |
| at least one detent shoulder (36 or 132) | 1, 5, 7 | at least one surface of the support element that engages with a counterpart shoulder on the termination part, cooperating to help prevent the longitudinal shifting of the termination part | A structure on a protrusion from the support element such that it can point towards the other end of the support element. |
| detent tooth (130) that protrudes from the long side of the support element | 7 | a protrusion, one surface of which defines a detent shoulder | a tooth shaped structure that projects beyond the support structure such that a surface points toward the other end of the support element |

**U.S. Pat. No. 6,836,926**

| '926 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| Izz is a moment of inertia of a cross sectional profile around a z-axis perpendicular to an taxis, which adapts along with the support element (12), and perpendicular to a y-axis | 1 | $I_{zz}$ is a moment of inertia of a cross sectional profile around a z-axis perpendicular to an s-axis which adapts along with the support element, and perpendicular to a y-axis, calculated by the formula $$I_{zz} = \frac{d * b^3}{12}$$ [Agree regarding correction of "taxis" to "s-axis."] | The support element has a constant width and constant thickness resulting in a rectangular cross sectional profile, such that Izz is calculated for the support element by the formula $$I_{zz} = \frac{d * b^3}{12}$$ [Agree regarding correction of "taxis" to "s-axis."] |
| $F_{wf}$ is an actual contact force exerted on the wiper blade by the wiper arm (18) when it is pressed against a window | 1 | a downward force provided by the wiper arm that presses the wiper blade against a window [agreed to proposed construction] | a downward force provided by the wiper arm that presses the wiper blade against a window [agreed to proposed construction] |
| contact force distribution p(s), which prevails when the wiper blade (10) is pressed against a flat window (15) | 9 | a force distribution resulting from a downward force from the wiper arm along the wiper blade when the wiper blade is pressed against a flat window [agreed to proposed construction] | a force distribution resulting from a downward force from the wiper arm along the wiper blade when the wiper blade is pressed against a flat window [agreed to proposed construction] |

**U.S. Pat. No. 6,944,905**

| '905 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| wiper blade part (15)/ device piece (15) | 13,17 | [agreed that terms are interchangeable with one another and should be given plain and ordinary meaning] | [agreed that terms are interchangeable with one another and should be given plain and ordinary meaning] |

U.S. Pat. No. 6,973,698

| '698 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| spherically curved | 1 | having at least one radius of curvature | no construction necessary/ordinary meaning |
| to distribute a **contact force** against the window over an entire length of said wiper strip . . . said **contact force** of said wiper strip being greater in said **center section** than in at least one of said two **end sections** | 1 | **contact force**: force applied by wiper arm to the wiper strip<br><br>[agreed to proposed construction for "contact force"]<br><br>**center section/end sections** – no construction necessary/ordinary meaning | **"contact force"**:  force applied by wiper arm to the wiper strip<br><br>[agreed to proposed construction for "contact force"]<br><br>**"center section"**: The portion of the carrying element immediately below the engagement point of the wiper arm.<br><br>**"end sections"**: The portions of the carrying element located immediately adjacent the ends of the carrying element. |
| a concave curvature in said center section of the carrying element is sharper than in said sections thereof | 1 | a concave curvature in said center section of the carrying element is sharper than in said end sections thereof<br><br>[agreed to proposed construction] | a concave curvature in said center section of the carrying element is sharper than in said end sections thereof<br><br>[agreed to proposed construction] |

**U.S. Pat. No. 6,292,974**

| '974 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| a leading-edge face | 1 | the surface of the component facing into the wind | The longest side of the triangle-shaped spoiler component. |

Case: 1:12-cv-00437 Document #: 189 Filed: 04/25/14 Page 12 of 14 PageID #:5219

U.S. Patent No. 6,799,348

| '348 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| plurality of claws for mounting the support structure to the beam | 1, 10 | at least two pairs of claws for attaching the support structure to the beam in a way that allows for longitudinal movement of the windscreen wiper relative to the coupler | no construction necessary/ordinary meaning |
| spacing formation … for spacing | 1, 10 | to be construed under 35 USC § 112 ¶ 6:<br><br>function: spacing the upper surface of the beam from the support structure to provide a space in the coupler in which the beam can flex<br><br>structure: a fulcrum formation located on the bottom of the support structure between the claws of at least one of the pairs of the plurality of claws, as shown in the '348 patent figures 6–8<br><br>or, alternatively, if not construed as a means-plus-function limitation, then it is indefinite | no construction necessary/ordinary meaning<br><br>OR ALTERNATIVELY<br><br>a protrusion |
| a contact point | 1, 10, 11 | a single point of contact along the length of the beam | no construction necessary/ordinary meaning |

U.S. Patent No. 6,799,348

| '348 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| plurality of claws for mounting the support structure to the beam | 1, 10 | at least two pairs of claws for attaching the support structure to the beam in a way that allows for longitudinal movement of the windscreen wiper relative to the coupler | no construction necessary/ordinary meaning |
| spacing formation … for spacing | 1, 10 | to be construed under 35 USC § 112 ¶ 6:<br><br>function: spacing the upper surface of the beam from the support structure to provide a space in the coupler in which the beam can flex<br><br>structure: a fulcrum formation located on the bottom of the support structure between the claws of at least one of the pairs of the plurality of claws, as shown in the '348 patent figures 6–8<br><br>or, alternatively, if not construed as a means-plus-function limitation, then it is indefinite | no construction necessary/ordinary meaning<br><br>OR ALTERNATIVELY<br><br>a protrusion |
| a contact point | 1, 10, 11 | a single point of contact along the length of the beam | no construction necessary/ordinary meaning |

**U.S. Patent No. 6,836,925**

| '925 patent term | Claim(s) | Bosch's Construction | Trico's Construction |
|---|---|---|---|
| backbone | 1, 4, 5, 6, 8, 14, 15 | part of the wiper blade whose elastic modulus, width and thickness are the main factors that determine the vertical and lateral stiffness of the wiper blade; the backbone must be a single beam, and may not be longitudinally split down the middle | no construction necessary/ordinary meaning |
| a substantially spatially consolidated cross-sectional profile | 1, 8, 14, 15 | indefinite<br><br>or, alternatively,<br><br>a cross-sectional profile wherein the actual perimeter of a cross-section coincides with the shortest possible perimeter encapsulating that cross-section, and wherein the cross-section does not consist of two laterally spaced rectangles | a cross-sectional profile wherein the actual perimeter of a cross-section coincides with the shortest possible perimeter encapsulating that cross-section |
| (-8.889*10-5*E+0.05378)*L-5.25 | 1, 15 | indefinite | no construction necessary/ordinary meaning |
| free form curvature | 4 | indefinite | no construction necessary/ordinary meaning |
| has a compound curvature | 5 | is curved in two planes | has more than one radius of curvature |

Dated: April 25, 2014                                Respectfully submitted,


/s/ David S. Becker                                   /s/ Jeffrey S. Ginsberg

Jennifer L. Fitzgerald                               William P. Oberhardt
Atty.ID No. 6297865                                  Atty. ID No. 3122407
David S. Becker                                      WILLIAM P. OBERHARDT, LLC
Atty.ID No. 6271932                                  70 West Madison St., Suite 2100
FREEBORN & PETERS LLP                                Chicago, IL 60602
311 South Wacker Drive, Suite 3000                   Tel.: (312) 251-1100
Chicago, IL 60606                                    Fax: (312) 251-1175
Tel.: (312) 360-6585
Fax: (312) 360-6520

OF COUNSEL:                                          OF COUNSEL:
Leslie G. Fagen                                      Jeffrey S. Ginsberg
Nicholas Groombridge                                 Mark A. Hannemann
Kripa Raman                                          Ksenia Takhistova
PAUL,WEISS, RIFKIND,WHARTON                          KENYON & KENYON LLP
&GARRISON, LLP                                       One Broadway
1285 Avenue of the Americas                          New York, NY 10004
New York, NY 10019-6064                              Tel.: (212) 425-7200
Tel.: (212) 373-3000

*Counsel for Defendant/Counter-Plaintiff*            *Counsel for Plaintiff/Counter-Defendant*
*Trico Products Corporation*                         *Robert Bosch LLC*